ACCEPTED
02-17-00049-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/19/2017 12:57 PM
DEBRA SPISAK
CLERK

## NO. 02-17-00049-CR

| | | |
|---|---|---|
| **DAVID MICHAEL CHURCH,** | § | **IN THE COURT OF APPEALS** |
| **APPELLANT** | § | |
| **VS.** | § | **SECOND JUDICIAL DISTRICT** |
| **THE STATE OF TEXAS,** | § | |
| **APPELLEE** | | **FORT WORTH, TEXAS** |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/19/2017 12:57:31 PM
DEBRA SPISAK
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

NOW COMES the State of Texas by and through its District Attorney, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 97th Judicial District Court of Archer County, Texas.

2. The case below was styled *State of Texas v. David Michael Church*, and numbered 2015-0024A-CR.

3. Appellant pled guilty to Injury to a Child with Intent to Cause Bodily Injury.

4. Appellant agreed to a sentence of five years deferred adjudication on November 2, 2015, but was later revoked and adjudicated on December 5, 2016.

---

5. After a sentencing hearing, Appellant was sentenced to 10 years confinement in the Texas Department of Criminal Justice on December 16, 2016.

6. Appellant's Motion for New Trial was filed on January 13, 2017.

7. Notice of Appeal was given on or about February 24, 2017.

8. The clerk's record was filed on April 4, 2017; the reporter's record was filed timely.

9. The appellate brief due date was extended twice, and was filed September 5, 2017.

10. Appellee's brief was due December 5, 2017.

11. One extension to file the brief has been received by the State in this cause.

12. Defendant is currently incarcerated.

13. Appellee relies on the following facts as good cause for the requested extension: Appellee attended the elected prosecutor conference from December 5 through December 8, 2017. Appellee has had two other appellate briefs, one due on December 8, 2017, which was timely filed, and another due December 21, 2017.

Appellee requests an extension of approximately 30 days from December 19, 2017 to January 19, 2018.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Motion to Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

97th Judicial District Attorney's Office
P.O. Box 55
Montague, Texas 76251
Tel. (940) 894-6211
Fax. (940) 894-6203


By:   ___/s/ Casey Polhemus_____
Casey Polhemus
District Attorney
State Bar No. 24077936
Casey.polhemus@co.montague.tx.us

## CERTIFICATE OF CONFERENCE

This is to certify that on December 19, 2017, I held a conference with Bruce Harris, Attorney for David Michael Church, via text message, regarding this Motion. Mr. Harris does not object to this motion.

___/s/ Casey Polhemus_____
Casey Polhemus
District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was delivered to the attorney of record for the Appellant on December 19, 2017.

___/s/ Casey Polhemus_____
Casey Polhemus
District Attorney